UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,                   Criminal Number: 99-284 ADM/AJB

v.

John C. Hetherington,

       Defendant.

_____

United States of America,

       Plaintiff,                   Criminal Number: 99-188 ADM

v.

Daniel J. Bubalo,

       Defendant.

_____

United States of America,

       Plaintiff,                   Criminal Number: 99-241 ADM

v.

Michael A. Wilcox,

       Defendant.

_____

**ORDER TO REPLACE IDENTITY OF RESTITUTION PAYEE**

     Helen Troop, a victim fraud, is a recipient of restitution ordered in the above captioned cases.  Ms. Troop died on May 6, 2007.  Dorlace R. Fox, the victim's daughter, has petitioned the Court to replace Ms. Troop as restitution payee and submitted evidence that she is the victim's sole heir.  Defendant John C. Hetherington died in September 2007; therefore, there will be no further restitution of funds in case No. 99-284.

IT IS THEREBY ORDERED that counsel for the plaintiff and defendants identified above, may object to Dorlace R. Fox's request by filing an objection in writing no later than August 15, 2008.

IT IS FURTHER ORDERED that absent any objections filed from counsel, all future restitution payments received for victim Helen Troop be directed to Dorlace R. Fox.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  August 1, 2008.